# Court of Appeals
# of the State of Georgia

ATLANTA,  December 14, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0315, A19A0316.  SANCHEZ v. THE STATE.**

This appeal was docketed on August 31, 2018, such that pro se appellant Jose Sanchez's initial briefs were due on September 20, 2018. See Court of Appeals Rule 23 (a) (an appellant's brief "shall be filed within 20 days after the appeal is docketed"). On September 26, 2018, this Court ordered Sanchez to file his initial briefs by October 25. On October 15, Sanchez moved for an additional extension to time on the ground that a prison search on October 3 had destroyed his files, including his copies of the proceedings below. We granted an extension until December 7, 2018, but noted that no further extensions would be granted "in the absence of providential cause."

As of December 14, 2018, Sanchez has not filed his initial briefs or any other motion or notice concerning these appeals. Pursuant to *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995), and *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995), we therefore DISMISS Sanchez's appeals. *Reese*, 216 Ga. App. at 774-775.

If you have decided you do not want to appeal, you need not do anything more. However, if you do still want to appeal, you may have the right to an OUT-OF-TIME APPEAL – but YOU MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court. If your motion for an out-of-time appeal is granted, the trial court should appoint another attorney for you if you want one and cannot pay for one. If your motion for an out-of-time appeal is denied, you may appeal that

denial to this court within thirty (30) days of the trial court's decision.

Id.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta, __12/14/2018__*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*